_JERRY BAKER / DANIEL WEITZEL_
Name and Prisoner/Booking Number

_SOLANO COUNTY JAIL_
Place of Confinement

_500 UNION AVE._
Mailing Address

_FF, CA 94533_
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# FILED

FEB 1 3 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

_JERRY BAKER, DANIEL WEITZEL_
(Full Name of Plaintiff)      Plaintiff,

v.

(1) _LT. MASHBURN, C/O HILL_,
(Full Name of Defendant)

(2) _C/O TURNER_,

(3) _____,

(4) _____,
        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **2:19 - CV - 0 2 79** .CKD PC
(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: _SOLANO COUNTY JAIL_

Revised 3/15/2016                          1

**B. DEFENDANTS**

1. Name of first Defendant: _LT. MASHBURN_. The first Defendant is employed as:
_at SOLANO COUNTY JAIL_.
           (Position and Title)                             (Institution)

2. Name of second Defendant: _CO HILL_. The second Defendant is employed as:
_at SOLANO COUNTY JAIL_.
           (Position and Title)                             (Institution)

3. Name of third Defendant: _CO TURNER_. The third Defendant is employed as:
_at SOLANO COUNTY JAIL_.
           (Position and Title)                             (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
           (Position and Title)                             (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
     1. Parties: _____ N/A _____ v. _____
     2. Court and case number: _____.
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
     _____

   b. Second prior lawsuit:
     1. Parties: _____ v. _____
     2. Court and case number: _____.
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
     _____

   c. Third prior lawsuit:
     1. Parties: _____ v. _____
     2. Court and case number: _____.
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
     _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.  CAUSE OF ACTION

### CLAIM I

1.   State the constitutional or other federal civil right that was violated: 8TH. AMMENDMENT VIOLATION.

2.   **Claim I.**  Identify the issue involved.  **Check only one**.  State additional issues in separate claims.
- ☐ Basic necessities  ☒ Mail  ☒ Access to the court  ☐ Medical care
- ☒ Disciplinary proceedings  ☒ Property  ☐ Exercise of religion  ☒ Retaliation
- ☒ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.   STAFF DENIED ACCESS TO MAIL / CONNTS AND C/O PLAINTIFF / FEDERAL WITNESS. STAFF LT. MASHOUN C/O HILL & TURNER RETALIATED FOR INMATES WEITZEL & BAKER FILING LAWSUITS.

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).   DENIED ACCESS TO COURTS & TO BE FREE OF CRUEL & UNUSUAL PUNISHMENT.

5.   **Administrative Remedies:**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
b.   Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
c.   Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____ N/A

3

**CLAIM II**

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Claim II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                      ☐ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Claim II?          ☐ Yes   ☐ No
   c.   Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

**CLAIM III**

1.   State the constitutional or other federal civil right that was violated: _N/A_____
_____.

2.   **Claim III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings          ☐ Property          ☐ Exercise of religion          ☐ Retaliation
☐ Excessive force by an officer          ☐ Threat to safety          ☐ Other: _____.

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.   **Administrative Remedies.**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☐ Yes   ☐ No
b.   Did you submit a request for administrative relief on Claim III?          ☐ Yes   ☐ No
c.   Did you appeal your request for relief on Claim III to the highest level?          ☐ Yes   ☐ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking: 2.5 MILLION IN DAMAGES, FOR THE COURT TO ORDER THE JAIL TO STOP INFLICTING CRUSL & UNUSUAL PUNISHMENT ON US.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2.6.19

<u>DATE</u>

<u>SIGNATURE OF PLAINTIFF</u>

N/A

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.