UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAYNE BAKER,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL WEITZEL, et al.,<br><br>Defendants. | No. 2:19-cv-00279-CKD-P<br><br><br><br>ORDER |

Plaintiff is a California state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Currently pending before the court is plaintiff's motion to proceed in forma pauperis. ECF No. 4. For the reasons outlined below, the undersigned will deny plaintiff's motion to proceed in forma pauperis.

The court takes judicial notice of the fact that plaintiff was deemed to have "struck out" pursuant to 28 U.S.C. § 1915(g)[1] on February 5, 2013, in <u>Baker v. Marsh</u>, Civil Case No. 2:13-

---

[1] Title 28 U.S.C. § 1915(g) reads as follows:

> In no event shall a prisoner bring a civil action . . . [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is

1

cv-00171-GEB-EFB.  Judgment was final in that case well before this case was filed on February 6, 2019.[2]

Since plaintiff has struck out, he may only be granted leave to proceed in forma pauperis if the allegations in his complaint suggest he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  There are no such allegations in plaintiff's complaint and plaintiff seeks damages for past injuries, not injunctive relief based upon current danger.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to proceed in forma pauperis (ECF No. 4) is denied.

2.  Plaintiff is required to pay the $400 filing fee within 14 days from the date of this order.

3.  Failure to pay the filing fee within 14 days will result in a recommendation that this action be dismissed.

Dated:  May 16, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bake0279.denyifp.docx

---

frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

[2] All filing dates have been calculated using the prison mailbox rule.  See Houston v. Lack, 487 U.S. 266 (1988).